JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG McNAMARA,<br><br>               Petitioner,<br><br>      v.<br><br>XAVIER BACERRA,<br><br>               Respondent. | Case No. 2:18-cv-09481-AB (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 28, 2019

HONORABLE ANDRE BIROTTE JR.
United States District Judge